PD-0984-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/4/2015 11:31:02 AM
Accepted 11/4/2015 11:42:15 PM
ABEL ACOSTA
CLERK

# SORRELS | UDASHEN | ANTON

*Attorneys and Counselors at Law*

BRUCE ANTON
BOARD CERTIFIED-CRIMINAL LAW and CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
ba@sualaw.com
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
**214.468.8100**
fax 214.468.8104
www.sualaw.com

November 4, 2015

Clerk of the Court
Court of Criminal Appeals
P.O Box 12308, Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

November 5, 2015

ABEL ACOSTA, CLERK

Re:     Wendee Long
        CCA No. PD-0984-15

Dear Sir or Madam.

Please be advised that I represent Ms. Wendee Long in the above-referenced matter  Please enter my name as counsel of record and send any notices regarding this case to me.

Thank you for your attention to this matter. Please contact me should you have any questions or concerns.

Sincerely,

BRUCE E. ANTON
State Bar No. 01274700

cc.     Denton County District Attorney's Office